*UNITED STATES DISTRICT COURT*
## *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*

| | |
|---|---|
| **BOULEVARD SOUVENIRS** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **ELVIS PRESLEY ENTERPRISES, INC. and CAROL BUTLER, individually** | **CASE NO: 07-2300-D** |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Amended Order Granting Defendants' Motions To Dismiss entered on October 2, 2007, this cause is hereby dismissed.

**APPROVED:**

s/Bernice B. Donald
**UNITED STATES DISTRICT COURT**

**DATE: 10/29/2007**
                                              THOMAS M. GOULD
                                              **Clerk of Court**

                                              s/Terry L. Haley
                                              **(By)  Deputy Clerk**